**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON RHY BROUSSARD,<br>Petitioner,<br>v.<br>WARDEN LEPE,<br>Respondent. | Case No. 5:25-cv-02708-AB-PD<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition and Supplemental Petitions are dismissed without prejudice.

DATED: October 21, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE